UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 21 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JAIME GUERRERO**

INDICTMENT

NO. 3:15 CR-12 JGH

18 U.S.C. § 982(a)(7)
18 U.S.C. § 1347
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(E)(i)
21 U.S.C. § 853

The Grand Jury charges:

COUNTS 1-23
(Unlawful Distribution and Dispensing of Controlled Substances-Schedule II)

On or about the dates listed below, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed, Schedule II controlled substances to the patients listed below, without a legitimate medical purpose and beyond the bounds of professional medical practice:

| COUNTS | DATES | DRUG(s) | PATIENTS |
|---|---|---|---|
| 1 | December 10, 2009 through May 8, 2014 | Oxycodone | J.H. |
| 2 | December 10, 2009 through August 16, 2012 | Oxycodone Methadone | K.M. |
| 3 | December 6, 2011 through August 7, 2012 | Oxycodone Opana Morphine | J.P. |
| 4 | December 14, 2009 through May 9, 2012 | Oxycodone | J.J. |

| 5 | June 14, 2010 through March 24, 2011 | Oxycodone | C.S. |
|---|---|---|---|
| 6 | December 12, 2009 through July 22, 2011 | Oxycodone | A.S. |
| 7 | November 30, 2009 through May 26, 2011 | Oxycodone Opana | M.W. |
| 8 | December 7, 2009 through December 7, 2009 | Oxycodone | P.C. |
| 9 | May 4, 2010 through October 24, 2010 | Oxycodone | T.C. |
| 10 | November 19, 2009 through March 24, 2010 | Oxycodone | D.H. |
| 11 | November 25, 2009 | Kadian | K.S. |
| 12 | September 26, 2011 through March 15, 2012 | Oxycodone | M.A. |
| 13 | December 15, 2009 through January 10, 2012 | Methadone | B.C. |
| 14 | April 15, 2009 through March 5, 2012 | Methadone | R.C. |
| 15 | November 25, 2009 through April 27, 2011 | Methadone Oxycodone | G.B. |
| 16 | March 1, 2011 through September 14, 2011 | Methadone | J.M. |
| 17 | November 19, 2009 through September 6, 2011 | Methadone | C.T. |
| 18 | December 9, 2009 through February 10, 2012 | Methadone Morphine | E.A. |
| 19 | February 9, 2010 through July 4, 2012 | Oxycodone Morphine | T.R. |
| 20 | December 21, 2009 through August 5, 2010 | Methadone | D.P. |
| 21 | December 14, 2009 through September 27, 2012 | Opana Methadone | J.J. |
| 22 | November 28, 2011 through September 26, 2012 | Morphine | P.C. |
| 23 | August 1, 2010 through May 29, 2012 | Opana Oxycodone | T.B. |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNTS 24-25
(Unlawful Distribution and Dispensing of Controlled Substances-Hydrocodone)

On or about the dates listed below, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Hydrocodone, a Schedule III controlled substance, to the patients listed below, without a legitimate medical purpose and beyond the bounds of professional medical practice:

| COUNTS | DATES | PATIENTS |
|---|---|---|
| 24 | March 23, 2010 through March 12, 2012 | T.A. |
| 25 | March 30, 2011 through September 14, 2011 | J.M. |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i).

The Grand Jury further charges:

## COUNT 26
(Unlawful Distribution and Dispensing Oxycodone Resulting in the Death of K.J.)

Beginning on or about June 6, 2011, and continuing through August 25, 2011, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Oxycodone, a Schedule II controlled substance, to K.J., without a legitimate medical purpose and beyond the bounds of professional medical practice, which resulted in K.J.'s death on or about August 29, 2011.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 27
(Unlawful Distribution and Dispensing Oxycodone Resulting in the Death of D.N.)

Beginning on or about December 15, 2009, and continuing through April 1, 2010, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Methadone, a schedule II controlled substance, to D.N., without a legitimate medical purpose and beyond the bounds of professional medical practice, which resulted in D.N.'s death on or about April 5, 2011.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 28
(Unlawful Distribution and Dispensing Oxycodone Resulting in the Death of R.S.)

Beginning on or about December 10, 2009, and continuing through February 9, 2010, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Oxycodone, a Schedule II controlled substance, to R.S., without a legitimate medical purpose and beyond the bounds of professional medical practice, which resulted in R.S.'s death on or about February 18, 2010.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 29
(Unlawful Distribution and Dispensing Oxycodone Resulting in the Death of P.F.)

4

Beginning on or about December 28, 2009, and continuing through February 20, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Oxycodone, a Schedule II controlled substance, to P.F., without a legitimate medical purpose and beyond the bounds of professional medical practice, which resulted in P.F.'s death on or about March 3, 2012.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 30
(Unlawful Distribution and Dispensing of Hydrocodone Resulting in the Death of S.O.)

Beginning on or about January 6, 2010, and continuing through September 16, 2011, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed Hydrocodone, a Schedule III controlled substance, to S.O., without a legitimate medical purpose and beyond the bounds of professional medical practice, which resulted in S.O.'s death on or about September 24, 2011.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i).

The Grand Jury further charges:

## COUNT 31
(Health Care Fraud-Upcoding)

On or about May 26, 2011, June 15, 2011, and June 22, 2011, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly

and willfully executed, and attempted to execute, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody or control of health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, to wit: **JAIME GUERRERO** saw more than 100 patients on each of the above-mentioned dates, by himself, spending approximately 3 minutes or less with each patient, but falsely and fraudulently billed various health care benefit programs, listed below, among others, by submitting claims for office visits at a higher code than the service provided, including but limited to, the below listed patients:

| DATES | BENEFICIARY | PROGRAM | E&M CODE BILLED |
|---|---|---|---|
| May 26, 2011 | B.B. | Anthem | 99213 |
| May 26, 2011 | J.H. | Humana | 99214 |
| May 26, 2011 | L.N. | Medicare | 99214 |
| May 26, 2011 | A.S. | Medicare | 99213 |
| May 26, 2011 | M.W. | Anthem | 99213 |
| May 26, 2011 | G.C. | Anthem | 99213 |
| June 15, 2011 | C.B. | MD Wise Hoosier Alliance | 99213 |
| June 15, 2011 | J.D. | United Healthcare | 99213 |
| June 15, 2011 | K.S. | Medicare | 99213 |
| June 15, 2011 | D.C. | Medicare | 99213 |
| June 15, 2011 | K.D. | Medicare | 99214 |
| June 15, 2011 | M.D. | Anthem IN Medicaid | 99214 |
| June 22, 2011 | T.L. | Anthem IN Medicaid | 99213 |
| June 22, 2011 | E.A. | Medicare | 99213 |

| June 22, 2011 | J.J. | Medicare | 99213 |
| June 22, 2011 | J.M. | Humana | 99214 |
| June 22, 2011 | J.H. | Hoosier Health | 99213 |
| June 22, 2011 | O.W. | Managed Health Services | 99213 |

In violation of Title 18, United States Code, Section 1347.

The Grand Jury further charges:

## COUNT 32
(Health Care Fraud-Counseling Services)

In or about and between July 9, 2010, and July 22, 2010, in the Western District of Kentucky, Jefferson County, Kentucky, **JAIME GUERRERO**, defendant herein, knowingly and willfully executed, and attempted to execute, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, to wit: **JAIME GUERRERO** was out of the office, but directed a staff member, who was not a licensed counselor, to provide drug education classes to patients, and falsely and fraudulently billed various health care benefit programs, listed below, among others, by submitting claims for 15-30 minute counseling sessions, including but limited to, the below listed patients:

| DATES | BENEFICIARY | PROGRAM | E&M CODE BILLED |
|---|---|---|---|
| July 9, 2010 | R.M. | Medicare | G0936 |
| July 9, 2010 | A.G.C. | Humana | 99408 |
| July 9, 2010 | B.J. | Humana | 99408 |

| July 9, 2010  | J.B. | Medicare               | G0396 |
|---------------|------|------------------------|-------|
| July 14, 2010 | M.W. | Anthem                 | 99408 |
| July 14, 2010 | C.G. | Hoosier Health         | 99408 |
| July 14, 2010 | B.G. | Hoosier Health         | 99408 |
| July 14, 2010 | T.M. | Medicare               | G0396 |
| July 22, 2010 | G.B. | Medicare               | G0396 |
| July 22, 2010 | T.C. | Medicare               | G0396 |
| July 22, 2010 | A.S. | Medicare               | G0396 |
| July 22, 2010 | O.W. | Managed Health Services | 99408 |

In violation of Title 18, United States Code, Section 1347.

## NOTICE OF FORFEITURE

1.  The Grand Jury realleges counts 1-32 of this Indictment, as set forth above, and incorporates the counts by reference as if the same were fully set forth herein.

2.  As a result of committing violations of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 1347, as alleged in this Indictment, **JAIME GUERRERO,** defendant herein, shall forfeit to the United States any and all property constituting, or derived from proceeds **JAIME GUERRERO** obtained, directly or indirectly, as a result of the offenses alleged in this Indictment, and any property which facilitated or was involved in such offenses, including but not limited to:

    a.  Money Judgment for the proceeds of these offenses;

    b.  **JAIME GUERRERO'S** license to practice medicine;

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, **JAIME GUERRERO**,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Sections 982(a)(7), and Title 21, United States Code, Section 853.

                               A TRUE BILL.

                               Redacted
                               FOREPERSON

*Laura J. Hall*
JOHN E. KUHN, JR.
ACTING UNITED STATES ATTORNEY

JEK:LJWJRA:nbw:20150109

UNITED STATES OF AMERICA v. **JAIME GUERRERO**

## PENALTIES

Counts 1-23:      NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release (each count)
Counts 24-25:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Counts 26-29:     NL 20 yrs./NM Life/$1,000,000/both/NM 3 yrs. Supervised Release (each count)
Count 30:         NM 15 yrs./$500,000/both/NM 3 yrs. Supervised Release
Counts 31-32:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

  1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

  2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

  3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:	Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:	Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:	Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:	Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

JAIME GUERRERO

## INDICTMENT

Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C); 841(b)(1)(E)(i);
Title 18 U.S.C. § 1347:
Unlawful Distribution and Dispensing of Controlled Substances; Unlawful Distribution and Dispensing of Controlled Substances Resulting in Death; Health Care Fraud.

_____
Redacted
_____ Foreman

*Filed in open court this 21st day, of January A.D. 2015.*

_____ Clerk

*Bail, $*



FILED
VANESSA L. ARMSTRONG, CLERK

JAN 21 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY